**Fill in this information to identify the case:**

Debtor 1: Benjamin J. Singleton

Debtor 2: Catherine R. Singleton
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Texas
(State)

Case number: 15-40792

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 2279

**Property address:** 1106 Klondike Lane
Number    Street

Allen, TX 75002
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1   **Benjamin J. Singleton**
        First Name    Middle Name    Last Name

Case number (*if known*) 15-40792

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Angie Marth
Signature

Date 06/24/2020

Print   **Angie Marth**
    First Name    Middle Name    Last Name

Title   **Authorized Agent for Creditors**

Company   **Ghidotti Berger LLP**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   **1920 Old Tustin Ave**
    Number    Street

**Santa Ana, CA 92705**
City    State    ZIP Code

Contact phone (949) 427 – 2010

Email   bknotifications@ghidottiberger.com

Angie Marth, Esq. (SBN 24046353)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
amarth@ghidottilaw.com

**Attorney for Movant,**
U.S. Bank Trust National Association, as Trustee of
the Bungalow Series III Trust

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | CASE NO.:  15-40792 |
| | § | |
| **Benjamin J. Singleton and Catherine E. Singleton,** | § | CHAPTER 13 |
| | § | |
| | § | **CERTIFICATE OF SERVICE** |
| **DEBTORS,** | § | |

### CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On June 24, 2020 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>Benjamin J. Singleton<br>1106 Klondike Ln.<br>Allen, TX 75002 | **Chapter 13 Trustee**<br>Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 |
| **Debtor**<br>Catherine R. Singleton<br>1106 Klondike Ln.<br>Allen, TX 75002 | **U.S. Trustee**<br>US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave., Suite 300<br>Tyler, TX 75702 |
| **Debtors' Counsel**<br>Richard A. Pelley<br>905 N. Travis St<br>Sherman, TX 75090 | |

  xx   (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2020 at Santa Ana, California

*/s/ Angie Marth*
Angie Marth, Esq.